

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Lee Brady, Commissioner
Department of Banking
Austin, Texas

Dear Mr. Brady:

Opinion No. O-2718
Re: Construction of the $5000.00
advance appropriation for
the Banking Department under
S. E. 427, 46th Legislature,
1939.

Your request for an opinion with respect to the above subject matter is as follows:

"Your attention is directed to the following part of the rider attached to the appropriation for the State Banking Department in the General Appropriations Bill enacted by the 46th Legislature:

"There is hereby appropriated to the Banking Department the sum of $5,000.00 each year of the biennium 1939-1941, for the purpose of paying the items above listed for the period beginning September 1, 1939 and ending January 31, 1940 and for the period beginning September 1, 1940 and ending January 31, 1941; provided, however, said appropriations are to be repaid to the General Revenue Fund of this State out of the fees collected by the Banking Department.'

"A question has been raised as to whether or not the $5,000.00 loan provided for under this paragraph of the rider is a loan for the Banking Department as a whole or to some particular division of that Department. Until this question has been settled the Comptroller will be unable to set up his accounts for this Department.

"Obviously, it seems to me, the $5,000.00 advance is made for the purpose of enabling the

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Department to operate during the early months of the fiscal year before fees have been collected in substantial sums. In the light of the above, I respectfully submit the following question:

"Is the $5,000.00 advance provided for limited in its use to any particular division of the Banking Department, or may it be used in such amounts as may be necessary for the maintenance and operation of the Department as a whole?"

Your interpretation of the Act, as disclosed by your letter, is, in the opinion of this department, the proper one.

It follows that your inquiry should be answered to the effect that the item thus advanced may be used in such amounts as may be necessary for the maintenance and operation of the department as a whole.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR

APPROVED SEP 10, 1940

ATTORNEY GENERAL OF TEXAS

